## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-81305 |
| | ) | |
| PHYLLIS CHARLENE SANDERS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

R. J. Shortridge and Perry, Guthery, Haase & Gessford, P.C., L.L.O. ("Counsel") hereby gives notice pursuant to Bankruptcy Rule 9010(b) that they are appearing in the above-captioned bankruptcy case on behalf of CSOM 029, LLC.

Counsel further requests to be placed on the Court's master matrix and requests that all notices to parties-in-interest provided for by Bankruptcy Rule 2002; all other notices, orders, applications, motions, reports, and other papers filed, served, or required to be served by parties-in-interest in this case; and all notices, orders and other papers filed by the Court or issued by the Court, or any other party, be served upon Counsel as follows:

R. J. Shortridge (#20784)
PERRY, GUTHERY, HAASE
& GESSFORD, P.C., L.L.O.
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508
Telephone:  (402) 476-9200
Facsimile:  (402) 476-0094
Email:  rshortridge@perrylawfirm.com

Pursuant to §1109(b) of the Bankruptcy Code, this request includes not only the notices and notices of the filing or service of any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, or otherwise.

This request for notice is also intended, without limitation, to constitute such request for service as is require by Bankruptcy Rules 2002 and 3017, and a request for court-designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019.

**DATED** this 15th day of August, 2019.

            CSOM 029, LLC, Creditor

         BY: PERRY, GUTHERY, HAASE
              & GESSFORD, P.C., L.L.O.


         BY: */s/ R.J. Shortridge*
             R J. Shortridge (#20784)
             233 South 13th Street, Suite 1400
             Lincoln, Nebraska 68508
             Telephone: (402) 476-9200
             Facsimile: (402) 476-0094
             rshortridge@perrylawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 15, 2019, he caused the foregoing to be electronically filed with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following:

Christopher J. Gamm
Jerry L. Jensen
Kathleen Laughlin

The undersigned further certifies that on August 15, 2019, he caused a copy of the foregoing to be mailed by United States mail, postage prepaid, to the following non CM/ECF participants:

| | |
|---|---|
| Phyllis Charlene Sanders | Exeter Finance LLC |
| 5429 N. 42nd Street | PO Box 165028 |
| Omaha, NE 68111 | Irving, TX 75016 |

                 */s/ R.J. Shortridge*
                 R.J. Shortridge